# Supreme Court of Florida

_____

No. SC2024-0072

_____

**IN RE: AMENDMENTS TO FLORIDA FAMILY LAW RULES OF PROCEDURE – FORMS 12.900(h) AND 12.928.**

February 22, 2024
**CORRECTED OPINION**

PER CURIAM.

This matter is before the Court for consideration of proposed amendments to the Florida Family Law Rules of Procedure Forms. We have jurisdiction. *See* art. V, § 2(a), Fla. Const.; *see also* Fla. R. Gen. Prac. & Jud. Admin. 2.140(e).

The Florida Bar's Family Law Rules Committee has filed a fast-track report proposing amendments to forms 12.900(h) (Notice of Related Cases) and 12.928 (Cover Sheet for Family Court Cases) in response to recent legislation creating section 61.1255, Florida Statutes. *See* ch. 2023-213, § 1, Laws of Fla. The Board of Governors of The Florida Bar unanimously recommends adopting

the proposed amendments.  The Committee did not publish the proposals for comment before filing them with the Court.

Chapter 2023-213, section 1, Laws of Florida, created section 61.1255, Florida Statutes, which established procedures and guidelines for obtaining support for dependent adult children.  The Committee proposes amending forms 12.900(h) and 12.928 to add "Support for Dependent Adult Children" to the types of proceedings in each of these forms.  Having considered the Committee's report and the relevant legislation, we hereby amend the forms as proposed by the Committee.

Accordingly, the Florida Family Law Rules of Procedure Forms are amended as reflected in the appendix to this opinion, with the forms fully engrossed and ready for use.  The forms may be accessed and downloaded from the Florida State Courts' website at http://www.flcourts.org/resources-and-services/court-improvement/family-courts/family-law-forms.stml.  The amendments shall take effect immediately upon the release of this opinion.  Because the amendments were not published for comment

prior to their adoption, interested persons shall have 75 days from the date of this opinion in which to file comments with the Court.[1]

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Family Law Rules of Procedure

Hon. Howard Ogle McGillin, Jr., Chair, Family Law Rules Committee, St. Augustine, Florida, Joshua E. Doyle, Executive Director, The Florida Bar, Tallahassee, Florida, and Kelly N. Smith, Staff Liaison, The Florida Bar, Tallahassee, Florida,

for Petitioner

---

1. All comments must be filed with the Court on or before May 7, 2024, as well as a separate request for oral argument if the person filing the comment wishes to participate in oral argument, which may be scheduled in this case. If filed by an attorney in good standing with The Florida Bar, the comment must be electronically filed via the Florida Courts E-Filing Portal (Portal). If filed by a nonlawyer or a lawyer not licensed to practice in Florida, the comment may be, but is not required to be, filed via the Portal. Any person unable to submit a comment electronically must mail or hand-deliver the originally signed comment to the Florida Supreme Court, Office of the Clerk, 500 South Duval Street, Tallahassee, Florida 32399-1927.

# APPENDIX

## INSTRUCTIONS FOR FLORIDA FAMILY LAW RULES OF PROCEDURE FORM 12.900(h), NOTICE OF RELATED CASES (02/24)

## When should this form be used?

Florida Rule of General Practice and Judicial Administration 2.545(d) requires the **petitioner** in a family law case to file with the court a notice of related cases, if any. Your circuit may also require this form to be filed even if there are no related cases. A case is considered related if:

- it involves the same parties, children, or issues and is pending when the family law case is filed; or
- it affects the court's jurisdiction to proceed; or
- an order in the related case may conflict with an order on the same issues in the new case; or
- an order in the new case may conflict with an order in the earlier case.

This form is used to provide the required notice to the court.

This form should be typed or printed in black ink. It must be **filed** with the **clerk of the circuit court** with the initial pleading in the family law case.

## What should I do next?

A copy of the form must be served on the presiding judge, either the chief judge or the family law administrative judge, and all parties in the related cases. You should also keep a copy for your records. **Service** must be in accordance with Florida Rule of General Practice and Judicial Administration 2.516.

## Where can I look for more information?

**Before proceeding, you should read "General Information for Self-Represented Litigants" found at the beginning of these forms.** The words that are in "**bold and underline**" in these instructions are defined there. For further information, see Florida Rule of General Practice and Judicial Administration 2.545(d).

## Special notes . . .

Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a **Disclosure from Nonlawyer**, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms **must** also put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.

Instructions for Florida Family Law Rules of Procedure Form 12.900(h), Notice of Related Cases (02/24)

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,
IN AND FOR _____ COUNTY, FLORIDA

Case No.: _____
Division: _____

_____,
Petitioner,
and

_____,
Respondent.

# NOTICE OF RELATED CASES

1.  Petitioner submits this Notice of Related Cases as required by Florida Rule of General Practice and
    Judicial Administration 2.545(d). A related case may be an open or closed civil, criminal, guardianship,
    domestic violence, juvenile delinquency, juvenile dependency, or domestic relations case. A case is
    "related" to this family law case if it involves any of the same parties, children, or issues and it is
    pending at the time the party files a family case; if it affects the court's jurisdiction to proceed; if an
    order in the related case may conflict with an order on the same issues in the new case; or if an order
    in the new case may conflict with an order in the earlier litigation.

    [check **one** only]
    _____ **There are no related cases.**
    _____ **The following are the related cases (add additional pages if necessary):**

    **Related Case No. 1**
    Case Name(s): _____
    Petitioner _____
    Respondent _____
    Case No.: _____ Division: _____

    Type of Proceeding:  [check **all** that apply]
    _____ Dissolution of Marriage                  _____ Paternity
    _____ Custody                                  _____ Adoption
    _____ Child Support                            _____ Support for Dependent Adult Children
    _____ Modification/Enforcement/Contempt Proceedings
    _____ Juvenile Dependency                      _____ Juvenile Delinquency
    _____ Termination of Parental Rights           _____ Criminal
    _____ Domestic/Sexual/Dating/Repeat            _____ Mental Health
    _____ Violence or Stalking Injunctions         _____ Other *{specify}* _____

    State where case was decided or is pending: _____ Florida _____ Other: *{specify}* _____

    Name of Court where case was decided or is pending (*for example, Fifth Circuit Court, Marion
    County, Florida*): _____

Florida Family Law Rules of Procedure Form 12.900(h), Notice of Related Cases (02/24)

_____
Title of last Court Order/Judgment (if any): _____
Date of Court Order/Judgment (if any): _____

Relationship of cases check **all** that apply]:
_____ pending case involves same parties, children, or issues;
_____ may affect court's jurisdiction;
_____ order in related case may conflict with an order in this case;
_____ order in this case may conflict with previous order in related case.

Statement as to the relationship of the cases: _____
_____
_____

**Related Case No. 2**
Case Name(s): _____
Petitioner _____
Respondent _____
Case No.: _____ Division: _____

Type of Proceeding:  [check **all** that apply]
_____ Dissolution of Marriage          _____ Paternity
_____ Custody                          _____ Adoption
_____ Child Support                    _____ Support for Dependent Adult Children
_____ Modification/Enforcement/Contempt Proceedings
_____ Juvenile Dependency              _____ Juvenile Delinquency
_____ Termination of Parental Rights   _____ Criminal
_____ Domestic/Sexual/Dating/Repeat    _____ Mental Health
_____ Violence or Stalking Injunctions _____ Other *{specify}* _____

State where case was decided or is pending: _____ Florida _____ Other: *{specify}* _____

Name of Court where case was decided or is pending (*for example, Fifth Circuit Court, Marion County, Florida*): _____
Title of last Court Order/Judgment (if any): _____
Date of Court Order/Judgment (if any): _____

Relationship of cases check all that apply]:
_____ pending case involves same parties, children, or issues.
_____ may affect court's jurisdiction;
_____ order in related case may conflict with an order in this case;
_____ order in this case may conflict with previous order in related case.

Statement as to the relationship of the cases: _____
_____
_____

**Related Case No. 3**
Case Name(s): _____
Petitioner _____
Respondent _____
Case No.: _____ Division: _____

Type of Proceeding:  [check **all** that apply]
____ Dissolution of Marriage      ____ Paternity
____ Custody      ____ Adoption
____ Child Support      ____ Support for Dependent Adult Children
____ Modification/Enforcement/Contempt Proceedings
____ Juvenile Dependency      ____ Juvenile Delinquency
____ Termination of Parental Rights      ____ Criminal
____ Domestic/Sexual/Dating/Repeat      ____ Mental Health
____ Violence or Stalking Injunctions      ____ Other *{specify}* _____

State where case was decided or is pending: ____ Florida ____ Other: *{specify}* _____

Name of Court where case was decided or is pending (*for example, Fifth Circuit Court, Marion County, Florida*): _____
Title of last Court Order/Judgment (if any): _____
Date of Court Order/Judgment (if any): _____

Relationship of cases check all that apply]:
____ pending case involves same parties, children, or issues;
____ may affect court's jurisdiction;
____ order in related case may conflict with an order in this case;
____ order in this case may conflict with previous order in related case.

Statement as to the relationship of the cases: _____
_____
_____

2. [check **one** only]
     ____ I **do not** request coordination of litigation in any of the cases listed above.
     ____ I **do** request coordination of the following cases: _____
         _____
         _____

3. [check **all** that apply]
     ____ Assignment to one judge
     ____ Coordination of existing cases will conserve judicial resources and promote an efficient
         determination of these case because:_____
         _____

4. The Petitioner acknowledges a continuing duty to inform the court of any cases in this or any other state that could affect the current proceeding.

Dated: _____

_____
Petitioner's Signature
Printed Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
Fax Number: _____
E-mail Address(es): _____

# CERTIFICATE OF SERVICE

**I CERTIFY** that I delivered a copy of this Notice of Related Cases to the _____ County Sheriff's Department or a certified process server for service on the Respondent, and [**check all used**] (   ) e-mailed (   ) mailed (   ) hand delivered, a copy to {name}_____, who is the [**check all that apply**] (   ) judge assigned to new case, (   ) chief judge or family law administrative judge, (   ) {name}_____ a party to the related case, (   ) {name} _____, a party to the related case on {date} _____.

_____
Signature of Petitioner/Attorney for Petitioner
Printed Name: _____
Address: _____
City, State, Zip: _____
Telephone Number: _____
E-mail Address(es): _____
Florida Bar Number: _____

**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:**
[fill in **all** blanks] This form was prepared for the {choose **only** one}: (   ) Petitioner (   ) Respondent. This form was completed with the assistance of:
{name of individual} _____,
{name of business}_____,
{address} _____,
{city} _____{state} _____, {telephone number} _____.

# INSTRUCTIONS FOR FLORIDA FAMILY LAW RULES OF PROCEDURE FORM 12.928
# COVER SHEET FOR FAMILY COURT CASES (02/24)

## When should this form be used?

The Cover Sheet for Family Court Cases and the information contained in it does not replace nor supplement the filing and service of pleadings or other documents as required by law. This form shall be filed by the petitioner/party opening or reopening a case for the use of the **clerk of the circuit court** for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

This form should be typed or printed in black ink. The petitioner must **file** this cover sheet with the first pleading or motion filed to open or reopen a case in all domestic and juvenile cases.

## What should I do next?

Follow these instructions for completing the form:

I.  Case Style. Enter the name of the court, the appropriate case number assigned at the time of filing of the original petition, the name of the judge assigned (if applicable), and the name (last, first, middle initial) of the petitioner(s) and respondent(s).

II. Type of Action /Proceeding. Place a check beside the proceeding you are initiating. If you are filing more than one type of proceeding, (such as a modification and an enforcement proceeding) against the same party at the same time, then you must complete a separate cover sheet for each action being filed.

   (A) Initial Action/Petition
   (B) Reopening Case. If you check "Reopening Case," indicate whether you are filing a modification or supplemental petition or an action for enforcement by placing a check beside the appropriate action/petition.
   1.    Modification/Supplemental Petition
   2.    Motion for Civil Contempt/ Enforcement
   3.    Other – All reopening actions not involving modification/supplemental petitions or petition enforcement.

III. Type of Case. Place a check beside the appropriate case. If the case fits more than one category, select the most definitive. Definitions of the categories are provided below.
   (A) Simplified Dissolution of Marriage- petitions for the termination of marriage pursuant to Florida Family Law Rule of Procedure 12.105.
   (B) Dissolution of Marriage - petitions for the termination of marriage pursuant to Chapter

61, Florida Statutes, other than simplified dissolution.

(C) Domestic Violence - all matters relating to injunctions for protection against domestic violence pursuant to section 741.30, Florida Statutes.

(D) Dating Violence - all matters relating to injunctions for protection against dating violence pursuant to section 784.046, Florida Statutes.

(E) Repeat Violence - all matters relating to injunctions for protection against repeat violence pursuant to section 784.046, Florida Statutes.

(F) Sexual Violence - all matters relating to injunctions for protection against sexual violence pursuant to section 784.046, Florida Statutes.

(G) Stalking-all matters relating to injunctions for protection against stalking pursuant to section 784.0485, Florida Statutes

(H) Support - IV-D - all matters relating to child or spousal support in which an application for assistance has been filed with the Department of Revenue, Child Support Enforcement under Title IV-D, Social Security Act, except for such matters relating to dissolution of marriage petitions (sections 409.2564, 409.2571, and 409.2597, Florida Statutes), paternity, or UIFSA.

(I) Support-Non IV-D - all matters relating to child or spousal support in which an application for assistance has **not** been filed under Title IV-D, Social Security Act.

(J) UIFSA- IV-D - all matters relating to Chapter 88, Florida Statutes, in which an application for assistance has been filed under Title IV-D, Social Security Act.

(K) UIFSA - Non IV-D - all matters relating to Chapter 88, Florida Statutes, in which an application for assistance has **not** been filed under Title IV-D, Social Security Act.

(L) Support for Dependent Adult Children – all matters related to support of a dependent adult child.

(M) Other  Family Court - all matters involving time-sharing and/or parenting plans relating to minor child(ren), support unconnected with dissolution of marriage, annulment, delayed birth certificates pursuant to Florida Statutes section 382.0195, expedited affirmation of parental status pursuant to Florida Statutes section 742.16, termination of parental rights proceedings pursuant to Florida Statutes section 63.087, declaratory judgment actions related to premarital, marital, post-marital agreements, or other matters not included in the categories above.

(N) Adoption Arising Out Of Chapter 63 - all matters relating to adoption pursuant to Chapter 63, Florida Statutes, excluding any matters arising out of Chapter 39, Florida Statutes.

(O)  Name Change - all matters relating to name change, pursuant to section 68.07, Florida Statutes.

(P) Paternity/Disestablishment of Paternity – all matters relating to paternity pursuant to Chapter 742, Florida Statutes.

(Q) Juvenile Delinquency - all matters relating to juvenile delinquency pursuant to Chapter 985, Florida Statutes.

(R) Petition for Dependency - all matters relating to petitions for dependency.

(S) Shelter Petition – all matters relating to shelter petitions pursuant to Chapter 39, Florida Statutes.

(T) Termination of Parental Rights Arising Out Of Chapter 39 – all matters relating to

(U) termination of parental rights pursuant to Chapter 39, Florida Statutes.

(V) Adoption Arising Out Of Chapter 39 – all matters relating to adoption pursuant to Chapter 39, Florida Statutes.

(W) CINS/FINS – all matters relating to children in need of services (and families in need of services) pursuant to Chapter 984, Florida Statutes.

(X) Petition for Temporary or Concurrent Custody by Extended Family-all matters relating to petitions for temporary or concurrent custody pursuant to Chapter 751.

(Y)  Emancipation of a Minor-all matters relating to emancipation of a minor pursuant to Chapter 743.

**ATTORNEY OR PARTY SIGNATURE.** Sign the Cover Sheet for Family Court Cases. Print legibly the name of the person signing the Cover Sheet for Family Court Cases. Attorneys must include a Florida Bar number. Insert the date the Cover Sheet for Family Court Cases is signed. Signature is a certification that filer has provided accurate information on the Cover Sheet for Family Court Cases.

**Nonlawyer** Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of **Disclosure from Nonlawyer**, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also **must** put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.

A copy of this form must be filed with the court and served on the other party or his or her attorney. The copy you are serving to the other party must be either mailed, e-mailed, or hand-delivered to the opposing party or his or her attorney on the same day indicated on the certificate of service. If it is mailed, it must be postmarked on the date indicated in the certificate of service.

### IMPORTANT INFORMATION REGARDING E-FILING

The Florida Rules of General Practice and Judicial Administration now require that all petitions, pleadings, and documents be filed electronically except in certain circumstances. **Self-represented litigants may file petitions or other pleadings or documents electronically; however, they are not required to do so.** If you choose to file your pleadings or other documents electronically, you must do so in accordance with Florida Rule of General Practice and Judicial Administration 2.525, and you must follow the procedures of the judicial circuit in which you file. The rules and procedures should be carefully read and followed.

### IMPORTANT INFORMATION REGARDING E-SERVICE ELECTION

After the initial service of process of the petition or supplemental petition by the Sheriff or certified process server, the Florida Rules of General Practice and Judicial Administration now require that all documents required or permitted to be served on the other party must be served by electronic mail (e-mail) except in certain circumstances. **You must strictly comply with the format requirements set forth in the Florida Rules of General Practice and Judicial Administration**. If you elect to participate in electronic service, which means serving or receiving pleadings by electronic mail (e-mail), or through the Florida Courts E-Filing Portal, you must

review Florida Rule of General Practice and Judicial Administration 2.516. You may find this rule at www.flcourts.org through the link to the Rules of General Practice and Judicial Administration provided under either Family Law Forms: Getting Started, or Rules of Court in the A-Z Topical Index.

**SELF-REPRESENTED LITIGANTS MAY SERVE DOCUMENTS BY E-MAIL; HOWEVER, THEY ARE NOT REQUIRED TO DO SO.** If a self-represented litigant elects to serve and receive documents by email, the procedures must always be followed once the initial election is made.

To serve and receive documents by e-mail, you must designate your e-mail addresses by using the Designation of Current Mailing and E-mail Address, Florida Supreme Court Approved Family Law Form 12.915, and you must provide your e-mail address on each form on which your signature appears. Please **CAREFULLY** read the rules and instructions for: **Certificate of Service (General), Florida Supreme Court Approved Family Law Form 12.914; Designation of Current Mailing and E-mail Address**, Florida Supreme Court Approved Family Law Form 12.915; and Florida Rule of General Practice and Judicial Administration 2.516.

## Where can I look for more information?

**Before proceeding, you should read "General Information for Self-Represented Litigants" found at the beginning of these forms.** For further information, see Rule 12.100, Florida Family Law Rules of Procedure.

# COVER SHEET FOR FAMILY COURT CASES

**I.** Case Style

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,
IN AND FOR _____ COUNTY, FLORIDA

Case No.: _____
Judge: _____

_____,
Petitioner,

and

_____,
Respondent.

**II.** Type of Action/Proceeding. Place a check beside the proceeding you are initiating. If you are filing more than one type of proceeding (such as a modification and an enforcement proceeding) against the same party at the same time, then you must complete a separate cover sheet for each action being filed. **If you are reopening a case, choose one of the three options below it.**

(A) _____ Initial Action/Petition
(B) _____ Reopening Case
    1. _____ Modification/Supplemental Petition
    2. _____ Motion for Civil Contempt/Enforcement
    3. _____ Other

**III.** Type of Case. If the case fits more than one type of case, select the most definitive.

(A) _____ Simplified Dissolution of Marriage
(B) _____ Dissolution of Marriage
(C) _____ Domestic Violence
(D) _____ Dating Violence
(E) _____ Repeat Violence
(F) _____ Sexual Violence
(G) _____ Stalking
(H) _____ Support IV-D (Department of Revenue, Child Support Enforcement)
(I) _____ Support Non-IV-D (**not** Department of Revenue, Child Support Enforcement)
(J) _____ UIFSA IV-D (Department of Revenue, Child Support Enforcement)
(K) _____ UIFSA Non-IV-D (**not** Department of Revenue, Child Support Enforcement)
(L) _____ Support for Dependent Adult Children – all matters related to support of a dependent adult child.
(M) _____ Other Family Court
(N) _____ Adoption Arising Out Of Chapter 63

Florida Family Law Rules of Procedure Form 12.928, Cover Sheet for Family Court Cases (02/24)

(O) _____ Name Change
(P) _____ Paternity/Disestablishment of Paternity
(Q) _____ Juvenile Delinquency
(R) _____ Petition for Dependency
(S) _____ Shelter Petition
(T) _____ Termination of Parental Rights Arising Out Of Chapter 39
(U) _____ Adoption Arising Out Of Chapter 39
(V) _____ CINS/FINS
(W) _____ Petition for Temporary or Concurrent Custody by Extended Family
(X) _____ Emancipation of a Minor

**IV.** Rule of General Practice and Judicial Administration 2.545(d) requires that a Notice of Related Cases Form, Family Law Form 12.900(h), be filed with the initial pleading/petition by the filing attorney or self-represented litigant in order to notify the court of related cases. Is Form 12.900(h) being filed with this Cover Sheet for Family Court Cases and initial pleading/petition?

_____ No, to the best of my knowledge, no related cases exist.
_____ Yes, all related cases are listed on Family Law Form 12.900(h).

**ATTORNEY OR PARTY SIGNATURE**

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.


Signature _____ FL Bar No.: _____
        Attorney or party                                    (Bar number, if attorney)


        _____     _____
        (Type or print name)                        (E-mail Address(es))


        _____
        Date


**IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE BLANKS BELOW:** [fill in **all** blanks]
This form was prepared for the: *{choose only **one**}* _____Petitioner _____ Respondent
This form was completed with the assistance of:
*{name of individual}* _____,
*{name of business}* _____,
*{address}* _____,
*{city}* _____, *{state}* _____, *{zip code}* _____, *{telephone number}* _____.